# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00282-CV

**In re Kayla Jones**

### ORIGINAL PROCEEDING FROM RUNNELS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is dismissed as moot. *See* Tex. R. App. P. 52.8(a).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Filed: June 8, 2023